**95–2647.** State v. Thompkins. *Hamilton County*, No. C–940513. On motions for discretionary appeal and cross-appeal. Discretionary appeal and cross-appeal allowed.

RESNICK and F.E. SWEENEY, JJ., dissent.

STRATTON, J., not participating.